# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00454-RJC-DSC

| | |
|---|---|
| SHIRLEY HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| C.R. BARD INC. et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Defendants' Motion to Dismiss … for Lack of Personal Jurisdiction" (document # 3) filed June 8, 2020.

This matter was referred to the undersigned on March 22, 2021.

The Motion was filed when this matter was pending in the Northern District of Texas and only addresses jurisdictional issues there. This matter having been transferred to the United States District Court for the Western District of North Carolina, the Motion is now moot.

**THEREFORE, IT HEREBY ORDERED that:**

1. "Defendants' Motion to Dismiss … for Lack of Personal Jurisdiction" (document # 3) is administratively **DENIED AS MOOT** without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 22, 2021

David S. Cayer
United States Magistrate Judge